Peter Johnson, Attorney at Law, 165523
The Law Offices of Johnson & Johnson
801 Ygnacio Valley Road, Ste. 101
Walnut Creek, CA  94596

t. 925.952.8900
f. 925.952.8902

Attorney for Defendant
Cecile McGoff

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:10-cr-00484-KJN |
| Plaintiff | ORDER |
| v. | |
| Cecile McGoff, | |
| Defendant | |

It is hereby ordered that the arraignment scheduled for December 15, 2010 will be moved to January 5, 2011 at 9:00 a.m. in Department 25.

**So Ordered,**

Dated:  December 7, 2010

/s/ Kendall J. Newman_____
Magistrate Judge Kendall J. Newman